IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 01951-OES

Randy Eddings
103 E. Oak
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/6/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01306-OES

WILLARD SMITH, JR.,
RANDY EDDINGS, and
LAFAYETTE COLLINS,
    Plaintiffs,

v.

OTERO COUNTY SHERIFF'S DEPT.,
    Defendant.

## ORDER

On August 26, 2005, the court ordered Plaintiffs Willard Smith, Randy Eddings, and Lafayette Collins to file an amended complaint signed by each Plaintiff if they wish to proceed jointly in this action. Alternatively, the court advised Plaintiffs that they may pursue their claims in individual actions and directed Plaintiffs to clearly advise the court of their intent to pursue their claims in individual actions if that is there choice.

On September 7, 2005, Mr. Eddings filed an amended Prisoner Complaint in which he states that he wishes to pursue his claims in an individual action. Therefore, Mr. Eddings will be dismissed as a party to this action and the clerk of the court will be directed to take a copy of this order, the Prisoner Complaint filed by Mr. Eddings in this action on September 7, 2005, and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Mr. Eddings in this action on July 29, 2005, and open a new civil action in which Mr. Eddings is the only named Plaintiff.

On September 16, 2005, Mr. Collins filed a letter to the court stating that he wishes to proceed jointly in this action and in which he requests additional time to file a

joint amended complaint. On September 21, 2005, Mr. Smith filed a "Motion for Extension" in which he apparently also seeks an extension of time to file a joint amended complaint. Those requests will be granted. Accordingly, it is

ORDERED that Plaintiff Randy Eddings is dismissed as a party to this action. It is

FURTHER ORDERED that the clerk of the court take a copy of this order, the Prisoner Complaint filed by Mr. Eddings in this action on September 7, 2005, and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Mr. Eddings in this action on July 29, 2005, and open a new civil action in which Mr. Eddings is the only named Plaintiff. It is

FURTHER ORDERED that the request for an extension of time made by Plaintiff Lafayette Collins in a letter to the court filed on September 16, 2005, and the "Motion for Extension" filed by Plaintiff Willard Smith on September 21, 2005, are granted. It is

FURTHER ORDERED that Plaintiffs Lafayette Collins and Willard Smith shall have **thirty (30) days from the date of this order** to file a joint amended complaint on the proper form that is either signed by each Plaintiff or by counsel. It is

FURTHER ORDERED that if either Plaintiff fails to respond to this order within the time allowed, that Plaintiff will be dismissed as a party to this action.

DATED at Denver, Colorado, this 6 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01306-OES

William Smith
Prisoner No. 46491
CTCF
PO Box 1010
Canon City, CO 81215- 1010

Lafayette Collins
Reg. No. 127027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Randy Eddings
103 E. Oak
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/6/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk