IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01951-OES

RANDY EDDINGS,

　　Plaintiff,

v.

OTERO COUNTY SHERIFF'S DEPARTMENT,

　　Defendant.

## ORDER TO CURE DEFICIENCIES

Plaintiff Randy Eddings has filed *pro se* on July 29, 2005, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and on September 7, 2005, a Prisoner Complaint. The *in forma pauperis* motion and the complaint are deficient. Specifically, Mr. Eddings has failed to submit a certified copy of his inmate trust fund account statement, or institutional equivalent, as required pursuant to 28 U.S.C. § 1915(a)(2) and he has failed to complete the Prisoner Complaint form that he filed. Mr. Eddings will be directed to cure these deficiencies if he wishes to pursue his claims in this action. If an inmate account statement is not available at the facility in which he is incarcerated, the institutional equivalent Mr. Eddings submits to the court still must be certified by a jail official. Regarding his complaint, Mr. Eddings must complete all sections of the complaint form. It is not sufficient to simply refer to a motion filed in another action. Accordingly, it is

ORDERED that Mr. Eddings cure the deficiencies in this action **within thirty (30) days from the date of this order** if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Mr. Eddings fails to cure the deficiencies specified in this order within the time allowed, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 13 day of October, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-1951-OES

Randy Eddings
103 E. Oak
Lamar, CO 81052

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/13/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk