IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01951-OES

RANDY EDDINGS,

    Plaintiff,

v.

OTERO COUNTY SHERIFF'S DEPARTMENT,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, two copies of the court's Prisoner Complaint form. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies in this action.

Dated: October 25, 2005

Copies of this **Minute Order, and two copies of Prisoner Complaint** were mailed on October 25, 2005, to the following:

Randy Eddings
103 E. Oak
Lamar, CO 81052

_____
Secretary/Deputy Clerk